UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TARA MOORE, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>            v.<br><br>MERRILL LYNCH & CO., INC.,<br>MERRILL LYNCH & CO., INC. PLAN "INVESTMENT COMMITTEE,"<br>MERRILL LYNCH & CO., INC. PLAN ADMINISTRATIVE COMMITTEE,<br>MERRILL LYNCH & CO., INC. MANAGEMENT DEVELOPMENT AND COMPENSATION COMMITTEE,<br>LOUIS DIMARIA, E. STANLEY O'NEAL, ALBERTO CRIBIORE, ARMANDO M. CODINA, VIRGIS W. COLBERT, JOHN D. FINNEGAN, AULANA L. PETERS and JOHN DOES 1-10,<br><br>                    Defendants. | CIVIL ACTION NO. 07-CV-10398 |

## NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD

**PLEASE TAKE NOTICE** that Schiffrin Barroway Topaz & Kessler, LLP (hereinafter "SBTK"), withdraws as counsel of record in the above-referenced action. Plaintiff notes that this action is one of a number of related actions which are the subject of competing consolidation and interim lead class counsel motions brought pursuant to Fed. R. Civ. P. 23(g), 42(a). Plaintiff supports the consolidation of all directly related actions brought pursuant to the Employee Retirement Income Security Act of 1974 and will be represented by the Law Offices of Curtis V. Trinko, LLP through the conclusion of this and/or any consolidated action.

Dated: January 2, 2008
New York, New York

                SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

                BY: /s/ Joseph H. Meltzer
                Joseph H. Meltzer, Esq.
                Edward W. Ciolko, Esq.
                Katherine B. Bornstein, Esq.
                Joseph A. Weeden, Esq.
                280 King Of Prussia Road
                Radnor, PA 19087
                Tel:(610) 667-7706
                Fax: (610) 667-7056

                LAW OFFICES OF CURTIS V. TRINKO, LLP
                Curtis V. Trinko, Esq. (CT-1838)
                16 West 46th Street, 7th Floor
                New York, New York 10036
                Tel: (212) 490-9550
                Fax: (212) 986-0158

                *ATTORNEYS FOR PLAINTIFF TARA MOORE*