UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-28-08

| | |
|---|---|
| ELIZABETH ESTEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,<br><br>Defendants. | Case No. 07-CV-10268 (LBS) |

(*Additional captions on the next page*)


[PROPOSED] ORDER GRANTING APPLICATION OF
MARC I. MACHIZ FOR ADMISSION *PRO HAC VICE*

| | |
|---|---|
| MARY GIDARO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,<br><br>Defendants. | **Case No. 07-CV-10273 (LBS)** |
| TARA MOORE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,<br><br>Defendants. | **Case No. 07-CV-10398 (DC)** |

| | |
|---|---|
| GREGORY YASHGUR, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>                v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,<br><br>                Defendants. | **Case No. 07-CV-10569 (JSR)** |
| CHRISTINE DONLON, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>                v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,<br><br>                Defendants. | **Case No. 07-CV-10661 (CM)** |

| | |
|---|---|
| CARL ESPOSITO, individually and on behalf of all others similarly situated,　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　Plaintiffs,　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>MERRILL LYNCH & CO., INC., E.　　　　　　)<br>STANLEY O'NEAL, CAROL T. CHRIST,　　　)<br>ARMANDO M. CODINA, VIRGIS W.　　　　)<br>COLBERT, JILL K. CONWAY, ALBERTO　　)<br>CRIBIORE, JOHN D. FINNEGAN, JUDITH　　)<br>MAYHEW JONAS, DAVID K.　　　　　　　)<br>NEWBIGGING, AULANA L. PETERS,　　　　)<br>JOSEPH W. PRUEHER, ANN N. REESE,　　　)<br>CHARLES O. ROSSOTTI, LOUIS DIMARIA, )<br>PETER STINGI and JOHN AND JANE DOES )<br>1-20,　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　Defendants.　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　) | **Case No. 07-CV-10687 (JGK)** |
| SEAN SHAUGHNESSEY, individually and on )<br>behalf of all others similarly situated,　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　Plaintiffs,　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>MERRILL LYNCH & CO., INC., E.　　　　　　)<br>STANLEY O'NEAL, CAROL T. CHRIST,　　　)<br>ARMANDO M. CODINA, VIRGIS W.　　　　)<br>COLBERT, JILL K. CONWAY, ALBERTO　　)<br>CRIBIORE, JOHN D. FINNEGAN, JUDITH　　)<br>MAYHEW JONAS, DAVID K.　　　　　　　)<br>NEWBIGGING, AULANA L. PETERS,　　　　)<br>JOSEPH W. PRUEHER, ANN N. REESE,　　　)<br>CHARLES O. ROSSOTTI, LOUIS DIMARIA, )<br>PETER STINGI and JOHN AND JANE DOES )<br>1-20,　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　Defendants.　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　) | **Case No. 07-CV-10710 (GEL)** |

|   |   |
|---|---|
| BARBARA BOLAND and ANNA MOLIN, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>    v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, CAROL T. CHRIST, ARMANDO M. CODINA, VIRGIS W. COLBERT, JILL K. CONWAY, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, DAVID K. NEWBIGGING, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE, CHARLES O. ROSSOTTI, LOUIS DIMARIA, PETER STINGI and JOHN AND JANE DOES 1-20,<br>     Defendants. | **Case No. 07-CV-11054 (MGC)** |

  This matter coming before the Court by Motion submitted by Lynda J. Grant, seeking the admission of Marc I. Machiz to the United States District Court for the Southern District of New York *pro hac vice* for purposes of this action, and the Court having considered the Declaration of Marc I. Machiz submitted in support thereof, and for good cause shown,

  IT IS ON this __28__ day of _____January_____, 2008,

  ORDERED that:

  1. Marc I. Machiz is hereby granted admission *pro hac vice* to the United States District Court for the Southern District of New York, for the purpose of appearing in this action, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York;

1

2.  Marc I. Machiz is required to abide by and is subject to the Local Rules of the United States District Court for the Southern District of New York; and

3.  Marc I. Machiz is required to notify the Court immediately of any matter that affects his standing at the Bar of any court.

_____
United States District Judge

1/28/08

2